## HOUSATONIC BANK AND TRUST COMPANY *v.* BUSELLI ASSOCIATES ET AL.
## (11223)

DUPONT, C. J., LAVERY and SCHALLER, Js.
Argued January 13—decision released February 2, 1993

*Paul R. Kraus,* for the appellants (defendants).
*Gale S. Kosto,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* EDWARD CROUCH
## (11113)

DALY, FREEDMAN and CRETELLA, Js.
Argued January 11—decision released February 2, 1993

*Stephen V. Moran,* assistant public defender, for the appellant (defendant).

*Marjorie Allen Dauster,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Warren Maxwell,* senior assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.